CENTER FOR DISABILITY ACCESS
Mark Potter, Esq.  SBN 166317
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
P. O. Box 262490
San Diego, CA  92196-2490
Telephone:  858-375-7385
Facsimile:  888-422-5191

Attorney for Plaintiff, Scott Johnson

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendant, Statewide Petroleum, Inc., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>           Plaintiff,<br>     v.<br><br>Statewide Petroleum, Inc., a California corporation; and Does 1-10,<br><br>           Defendants. | CASE NO.  2:14-cv-01320-JAM-AC<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER**<br>**[Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, Scott Johnson and Defendant, Statewide Petroleum, Inc., a California corporation, by and through their respective attorneys, Phyl Grace and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this

matter on August 14, 2014, for good cause and in the interests of justice and allow Defendants to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

  IT IS SO STIPULATED.

Dated:  August 20, 2014

             __/S/ PHYL GRACE_____
             Phyl Grace, Attorney for
             Plaintiff

Dated:  August 20, 2014

             __**/S/**  CRIS C. VAUGHAN_____
             Cris C. Vaughan, Attorney for
             Defendant, Statewide Petroleum, Inc.

## ORDER

 IT IS SO ORDERED; that the Default entered in this matter on August 14, 2014 is hereby set aside and Defendants shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated:  8/20/2014        /s/ John A. Mendez_____
                United States District Court Judge