UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATEWIDE PETROLEUM, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:14-CV-01320-JAM-AC<br><br>**ORDER** |

## **ORDER**

　　Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated: 8/14/2015        /s/ John A. Mendez
　　　　　　　　　　　 HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　 UNITED STATES DISTRICT COURT JUDGE